UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Annie M. Hester,

    Plaintiff,

v.                                       Case No. 14-50924
                                         Honorable Sean F. Cox

Commissioner of Social Security,

    Defendant.
_____/

## ORDER DISMISSING COMPLAINT

Plaintiff Annie Hester brought this action seeking judicial review of the Commissioner's decision denying her application for benefits.

Plaintiff has previously been enjoined from filing any new complaints in this Court, due to her prolific filing history. *See Hester v. Commissioner of Social Security,* No. 08-14575 (E.D. Mich. Sept. 9, 2009); *see also Hester v. Commissioner of Social Security,* No. 12-mc-51140 (E.D. Mich. Aug. 29, 2012); *see also Hester v. Commissioner of Social Security,* No. 14-mc-50315 (E.D. Mich. March 13, 2014).

On September 2, 2009, Judge Ludington issued an order that dismissed Plaintiff's case and "**BARRED** [Plaintiff] from filing any further actions against the Commissioner of Social Security in this district unless she obtains the written permission of a judge in this district." *Hester v. Commissioner of Social Security,* No. 08-14575, Doc. #15. In addition, Judge Ludington's order required the Clerk of the Court to retain a copy of Judge Ludington's September 2, 2009, order and attach it to any subsequent actions filed by Plaintiff against the Commissioner of Social Security. *Hester v. Commissioner of Social Security,* No. 08-14575, Doc. #15.

On July 17, 2012, this Court issued an order that dismissed a complaint that Plaintiff filed regarding denied Social Security benefits. *Hester v. Commissioner of Social Security*, No. 11-11781, Doc. #17. On August 29, 2012, Judge Rosen issued an order denying Plaintiff the permission to file a complaint due to a lack of subject matter jurisdiction over Plaintiff's claims, in addition to the fact that the doctrine of *res judicata* barred Plaintiff from relitigating her claims. *Hester v. Commissioner of Social Security,* No. 12-mc-51140, Doc. #4.

On January 15, 2014, Judge Drain issued an order dismissing another complaint filed by Plaintiff. *Hester v. Commissioner of Social Security*, No. 13-mc-50444, Doc. #4. On March 13, 2014, Judge Cleland also issued an order which dismissed Plaintiff's complaint for the reasons stated in Judge Ludington's initial order. *Hester v. Commissioner of Social Security*, No. 14-50315, Doc. #2. On March 28, 2014, Judge Drain issued another order dismissing Plaintiff's complaint. *Hester v. Commissioner of Social Security*, No. 14-mc-50368, Doc. #2. Plaintiff's most recent complaint filed in this Court alleges no new factual information to distinguish it from her previous frivolous complaints.

Accordingly, Plaintiff's Complaint against the Commissioner of Social Security DISMISSED.

**IT IS SO ORDERED**.

Dated: July 17, 2014                                             S/ Sean F. Cox
                                                                 Sean F. Cox
                                                                 U.S. District Court Judge

I hereby certify that on July 17, 2014, the foregoing document was served upon counsel of record by electronic means and upon Annie M. Hester by First Class Mail at the address below:

Annie M. Hester
64 Menlo Park
Belleville, MI 48111

Dated: July 17, 2014                                             S/ Jennifer McCoy
                                                                 Case Manager